UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH CAPONE,

    Plaintiff,

v.                                  Case No.:  8:20-cv-2623-DNF

COMMISISONER OF SOCIAL
SECURITY,

    Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment With Remand. (Doc. 18). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 14). The Commissioner of Social Security seeks remand to: "further consider the medical evidence, offer the Plaintiff an opportunity for a new hearing, take any other administration action deemed necessary, and issue a new decision." (Doc. 18, p. 1). Plaintiff does not object to the relief requested. Thus, the Court will grant the motion.

Accordingly, it is **ORDERED**:

(1)    The Unopposed Motion for Entry of Judgment With Reversal and Remand (Doc. 18) is **GRANTED.**

(1) Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for the Commissioner to further consider the medical evidence, offer the Plaintiff an opportunity for a new hearing, take any other administration action deemed necessary, and issue a new decision.

(2) The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on October 22, 2021.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties